**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 12, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00448-CV

————————

**DALLAS CITY LIMITS PROPERTY CO., L.P., Appellant**

**V.**

**CRADY, JEWETT & MCCULLEY, L.L.P., Appellee**

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-16733A**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 9, 2012. On June 5, 2012, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.